K. Doig, Office of Immigration Litigation, United States Department of Justice, Washington, DC, for respondents.

Before MICHAEL, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Kayode Raji seeks review of the Board of Immigration Appeals' ("Board") decision and order denying his motion to reopen his immigration proceedings as untimely. Our review of the record discloses that the Board properly dismissed Raji's motion to reopen as untimely. Accordingly, we affirm on the reasoning of the Board. *See Raji v. INS*, No. A71–792–971 (B.I.A. July 21, 2000). We deny Raji's motion to supplement the record with newly discovered evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Stanley Spitzer, Rose Spitzer, pro se. Keith Alan Williams, Greenville, NC; Bruce S. Luckman, Satzberg, Trichon, Kogan & Wertheimer, Philadelphia, PA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Stanley and Rose Spitzer appeal the district court's order granting summary judgment to Defendant in this action alleging violations of the Fair Credit Report Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Spitzer v. Trans Union, LLC,* 140 F.Supp.2d 562 (E.D.N.C.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Stanley SPITZER; Rose Spitzer, Plaintiffs–Appellants,

v.

TRANS UNION, LLC, Defendant–Appellee.

No. 00–2079.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Feb. 7, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Carl Eric HOPKINS, a/k/a Fat Daddy, Defendant–Appellant.

No. 00–4408.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2000.

Decided Feb. 7, 2001.